IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CAUSE NO. **CR 14-45-GF-BMM** |
| Plaintiff, | **CR 14-50-GF-BMM** |
| | **CR 14-67-GF-BMM** |
| v. | |
| JOHN CHANCE HOULE, | ORDER GRANTING EMERGENCY MOTION FOR MISCELLANEOUS RELIEF |
| Defendant. | |

Upon reading and filing of Defendant JOHN CHANCE HOULE'S Emergency Motion for Miscellaneous Relief, and good cause appearing therefore,

IT IS HEREBY ORDERED that JOHN CHANCE HOULE shall be held in Montana either at the Crossroads Correctional Center or the Cascade County Detention Facility pending the matter set for May 1, 2017.

DATED this 27th day of February, 2017.

_____
Brian Morris
United States District Court Judge

1